STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Russell L. Potter
Stafford, Stewart, & Potter
P.O. Box 1711
Alexandria LA 71309

**REHEARING ACTION: April 13, 2011**

**Docket Number: 09   01369-CA**

**AUDREY THOMPSON, ET AL.**
**VERSUS**
**STATE FARM MUTUAL AUTOMOBILE INS. CO., ET AL.**

**Appealed from Rapides Parish Case No. 110,030**

**BEFORE JUDGES:**

    **Hon. Marc T. Amy**
    **Hon. Elizabeth A. Pickett**
    **Hon. Shannon J. Gremillion**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Government Employees Insurance Company** has this day been

    **DENIED.**

cc: Bonita K. Preuett-Armour, Counsel for the Appellant
   Wilbert Joseph Saucier, Jr., Counsel for the Appellee
   Michael L. Glass, Counsel for the Appellee
   Richard Dale Moreno, Amicus Attorney